JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>v.<br><br>HMH PROPERTY INVESTMENTS LP; BODEGA LATINA CORPORATION, a Delaware Corporation; and Does 1-10,<br><br>        Defendants, | Case: 2:14-CV-07088-RGK-JEM<br><br>**ORDER** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 19, 2015

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal        Case: 2:14-CV-07088-RGK-JEM